UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

JAMES ANTHONY MURPHY,

      Plaintiff,

      vs.

UNITED STATES OF AMERICA,

      Defendant.

16-CV-4080

GOVERNMENT'S MOTION TO
DISMISS PLAINTIFF'S MOTION TO
VACATE, SET ASIDE, OR CORRECT
SENTENCE

---

Comes now the Government, by and through Assistant United States Attorney Stephanie C. Bengford, and pursuant to Rule 12 of the Rules for Section 2255 Proceedings and pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(h)(3), files a Motion to Dismiss Petitioner's Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255.  Petitioner has failed to state a claim for relief and/or this Court does not have subject matter jurisdiction over Petitioner's motion for § 2255 relief.

The United States of America requests that the Petitioner's motion for § 2255 relief be denied.

Dated July 14, 2016.

RANDOLPH J. SEILER
United States Attorney

/s/ Stephanie C. Bengford
STEPHANIE C. BENGFORD
Assistant U.S. Attorney
PO Box 2638
Sioux Falls, SD 57101-2638
Phone: 605.357.2341
Stephanie.bengford@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of July, 2016, a true and correct copy of the foregoing was served upon the following person, by placing the same in US Mail, postage prepaid, addressed as follows:

James Anthony Murphy
#13949-273
FCI Oxford
PO Box 1000
Oxford, WI  53952


_/s/ *Stephanie C. Bengford* _____
STEPHANIE C. BENGFORD
Assistant United States Attorney